# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LONNIE BILBO

NO. 2020 KW 1218

**FEBRUARY 01, 2021**

---

In Re:     Lonnie Bilbo, applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No.
           6483-95.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The Clerk of Court of Iberville Parish has no record of a "Motion for the Court to Take Judicial Notice of Law Pursuant to C.E. art. 202 A, B, and E" filed on or about February 14, 2020. Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT